IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANTHONY CALVI,<br><br>Plaintiff,<br><br>v.<br><br>KELLER NORTH AMERICA INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-23542 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Anthony Calvi ("Plaintiff"), by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("F.R.C.P."), hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Keller North America Inc. (the "Defendant"). As the Defendant has not filed an Answer nor moved for summary judgment, voluntary dismissal without prejudice is appropriate under the procedures memorialized in F.R.C.P. 41(a)(1)(A)(i).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this Friday, October 11, 2024, a true and correct copy of the foregoing was furnished to all parties via the Court's electronic service system to all counsel of record.

Dated: October 11, 2024

Respectfully submitted,

**AINSWORTH + CLANCY, PLLC**
1826 Ponce De Leon Blvd
Coral Gables, FL 33134
Telephone: (305) 600-3816

Facsimile: (305) 600-3817
*Counsel for Plaintiff*

By: __/s/ Ryan Clancy__
Ryan Clancy Esq.
*Counsel for Plaintiff*
Florida Bar No. 117650
Email: ryan@business-esq.com
Email: ryan@business-esq.com