IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANTHONY CALVI, | § |
| Plaintiff, | § § § § |
| v. | § Civil Action No. 1:24-cv-23542 |
| KELLER NORTH AMERICA INC., | § § § |
| Defendant. | § § § § |
| _____/ | |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that effective July 30, 2024, the new office address and other contact information for AINSWORTH + CLANCY, PLLC shall be as follows:

**AINSWORTH + CLANCY, PLLC**
1826 Ponce de Leon Blvd
Coral Gables, FL 33134
Telephone: (305) 600-3816
Facsimile: (305) 600-3817

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 15 day of April 2025, a true and correct copy of the foregoing was served on all counsel of record through the Florida e-Portal email on the date of filing.

Dated: April 16, 2025,                              Respectfully submitted,

                                                                      **AINSWORTH & CLANCY, PLLC**
                                                                      1826 Ponce de Leon Blvd
                                                                      Coral Gables, FL 33134
                                                                      O: (305) 600-3816
                                                                      F: (305) 600-3817

                                                                      By: *s/ Ryan Clancy*
                                                                      Ryan Clancy, Esq.

        Florida Bar No. 117650
        Email: ryan@business-esq.com
        Email: service1@business-esq.com